Caldwell, who sues on behalf of himself and all other stockholders situated similarly with himself, against the Rexford's Flats Bridge Company and others.

PER CURIAM. Order so modified as to restrain the transfer by the defendants of only the 76 shares of treasury stock mentioned in the complaint, and the payment of the claim presented by Cyrus W. Rexford, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

CAMPBELL, Respondent, et al., v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Samuel I. Campbell and another against Albert Friedlander and another. No opinion. Motion granted and order resettled.

CAMPBELL, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Eliza Noe Campbell against Elizabeth H. Valentine. No opinion. Order affirmed, without costs.

CAPITANI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by John Capitani against the Metropolitan Street-Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARR, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Alfred Carr against Jacob D. Butler. No opinion. Motion denied.

CHAINLESS CYCLE MFG. CO., Respondent, v. TRADERS' FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by the Chainless Cycle Manufacturing Company against the Traders' Fire Insurance Company. No opinion. Defendant's exceptions overruled. Motion for new trial denied, and judgment ordered upon the verdict, with costs. All concur, except WILLIAMS, J., who dissents.

CHAMBERS, Appellant, v. ALLEN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Sidney C. Chambers against Isaac N. E. Allen and another. L. Sturcke, for appellant. A. S. Bacon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CHAMBERS, Respondent, v. COELHO, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by William T. Chambers against Albert H. De Paulo Coelho. R. E. Doherty, for appellant. F. B. Vermilya, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CHEESEBRO, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division,

Fourth Department. April 30, 1901.) Action by Fitzhugh A. Cheesebro against Anna Corning. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents.

CHEESEBRO, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Fitzhugh A. Cheesebro against Anna Corning. No opinion. Motion for reargument denied.

CHURCH v. STANDARD R. SIGNAL CO. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by George H. Church against the Standard Railroad Signal Company. No opinion. Motion denied.

CHURCHILL v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Emma S. Churchill, as administratrix, etc., against the city of Buffalo. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

CLARK, Respondent, v. DOLFINI et al., Appellants. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by John B. Clark against August W. Dolfini and another. J. N. Drake, for appellants. R. E. L. Lewis, for respondent. No opinion. Judgment and order affirmed, with costs.

CODY et al. v. FIRST NAT. BANK OF SPRINGFIELD. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Richard Cody and James Cody, composing the firm of Cody Bros., against the First National Bank of Springfield, Ohio. No opinion. Appeal transferred to First department on motion of respective counsel.

COLLINS, Appellant, v. NEW YORK POST-GRADUATE MEDICAL SCHOOL AND HOSPITAL, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Nicholas Collins against the New York Post-Graduate Medical School and Hospital. No opinion. Motion for leave to appeal to the court of appeals granted.

COLNE v. ATLANTIC AVE. R. CO. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Charles Colne against the Atlantic Avenue Railroad Company. No opinion. Motion denied, with $10 costs.

CONWAY, Respondent, v. CITY OF YONKERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Alexander M. Conway against the city of Yonkers. No opinion. Judgment and order unanimously affirmed, with costs.

COON, Respondent, v. AVARD, Appellant. (Supreme Court, Appellate Division, Third De-